**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) Criminal No. 3:16CR133 ) |
| MERRILL ROBERTSON, JR., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Merrill Robertson, Jr. appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment in a Criminal Case entered on December 14, 2017, including all decisions and rulings adverse to Defendant. (Doc. No. 159.)

    Respectfully submitted,

    /s/ Patrick R. Hanes
    Patrick R. Hanes (VSB No. 38148)
    Jonathan T. Lucier (VSB No. 81303)
    WILLIAMS MULLEN
    A Professional Corporation
    Williams Mullen Center
    200 S. 10th Street
    P.O. Box 1320
    Richmond, VA  23218-1320
    Tel.: (804) 420-6455
    Fax: (804) 420-6507
        *Counsel for the Appellant*

Certificate of Service

I hereby certify that on the 26th day of December, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

>Katherine Lee Martin
>Stephen Eugene Anthony
>Assistant United States Attorneys
>Office of the U.S. Attorney
>SunTrust Building
>919 East Main Street
>Suite 1900
>Richmond, VA 23219

I also hereby certify that on the 26th day of December, 2017, a copy of the foregoing will be sent by email and U.S. mail to the following:

>Merrill Robertson, Jr., ID #1914755
>c/o Northern Neck Regional Jail
>P.O. Box 1060
>Warsaw, Virginia 22572
>[Redacted]@yahoo.com

_____/s/_____